IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DANNY MELTON**                                                      **PETITIONER**

**VS.**                                               **CIVIL ACTION NO. 3:08cv142 TSL-FKB**

**WARDEN RAYFORD HORTON, SR.,**
**et al.**                                                     **PETITIONERS**

## O R D E R

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge F. Keith Ball and the court, having fully reviewed the report and recommendation entered in this cause on January 12, 2011, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on January 12, 2011, be, and the same is hereby adopted as the finding of this court, and the petition for writ of habeas corpus is hereby dismissed with prejudice.

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the  27th  day of January, 2011.

                                                    /s/Tom S. Lee
                                                    UNITED STATES DISTRICT JUDGE